**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

United States of America

Plaintiff,

v.

Jorge Romo

Defendant.

No. CR-19-50001-001-TUC-JAS (EJM)

**ORDER TERMINATING SUPERVISED RELEASE PRIOR TO ORIGINAL EXPIRATION DATE**

On Friday, December 14, 2018, the above named was placed on supervised release for a period of 60 months. Jorge Romo has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Jorge Romo be discharged from supervision.

Respectfully submitted,

Francisco Gonzalez-Hernandez
U.S. Probation Officer Assistant

**ORDER OF COURT**

Pursuant to the above report, it is ordered that Jorge Romo be discharged from supervision and that the proceedings in the case be terminated.

Honorable James A. Soto
U.S. District Judge

May 27, 2022
Date